AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHARLOTTE J.,

## May 27, 2021

SEAN F. McAVOY, CLERK

)
_____ )
*Plaintiff* )
v. )          Civil Action No.   2:20-cv-00278-MKD
ANDREW M. SAUL, )
COMMISSIONER OF SOCIAL SECURITY, )
)

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The parties' Stipulated Motion for Remand, ECF No. 22, is GRANTED.
The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further
administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment, ECF No. 19, is STRICKEN AS MOOT.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    MARY K. DIMKE _____ on a motion for
remand.

Date:  5/27/2021 _____          *CLERK OF COURT*

SEAN F. McAVOY _____

s/ Tonia Ramirez _____
*(By) Deputy Clerk*

Tonia Ramirez _____